No. — – ——. JURECZKI v. CITY OF SEABROOK, TEXAS, ET AL. Motion to direct the Clerk to file the petition for writ of certiorari which does not comply with the Rules of this Court denied.

No. A–223. DODSON v. COOPER, SUPERINTENDENT, SHADOW MOUNTAIN CORRECTIONAL FACILITY. Sup. Ct. Colo. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–251. JENNINGS v. JENNINGS. Sup. Ct. Iowa. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–528. IN RE DISBARMENT OF LARKIN. It is ordered that Tom L. Larkin, of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–529. IN RE DISBARMENT OF MENDELL. It is ordered that Stephen W. Mendell, of St. Joseph, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–530. IN RE DISBARMENT OF SIEGFRIED. It is ordered that Scott Thomas Siegfried, of Wadsworth, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 103, Orig. SOUTH DAKOTA v. NEBRASKA ET AL. The Solicitor General is invited to file a brief in this case expressing the views of the United States.